IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50553
Conference Calendar

_____

ALFRED LEE STONE,

                                          Plaintiff-Appellant,

versus

GREGORY BYRD, Correctional Officer;
JAMES A. COLLINS, Director,
Texas Department of Criminal Justice,
Institutional Division,

                                          Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-96-CV-67
- - - - - - - - - - -
December 10, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that (#599665) Alfred Lee Stone's motion for
leave to proceed in forma pauperis (IFP) is DENIED, because his
appeal lacks arguable merit and is therefore frivolous.  See
Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  The
district court did not err by holding that Stone's claims are

---

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

barred by the doctrine of <u>res judicata</u>.  <u>See</u> <u>Travelers Ins. Co.</u> <u>v. St. Jude Hosp. of Kenner, La.</u>, 37 F.3d 193, 195 (5th Cir. 1994), <u>cert. denied</u>, 115 S. Ct. 1696 (1995).  Because the appeal is frivolous, IT IS FURTHER ORDERED that the appeal is DISMISSED. <u>See</u> 5th Cir. R. 42.2.

We caution Stone that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Stone is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

IFP DENIED; MOTION FOR TEMPORARY SAFEKEEPING DENIED; APPEAL DISMISSED; SANCTION WARNING ISSUED.